IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM E. JACKSON,<br>   Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>   Respondent. | CIVIL ACTION NO. 16-00182-WS<br><br>CRIMINAL ACTION NO. 14-00057-WS-N |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations (Doc. 79) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated July 23, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Movant William E. Jackson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 72) is **DISMISSED with prejudice**. It is further **ORDERED** that Jackson is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Jackson is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the 15th day of August, 2018.

                                               **s/WILLIAM H. STEELE**
                                               **UNITED STATES DISTRICT JUDGE**